IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. STEVE COWHERD and ALICIA COWHERD, Individually and as next friends of  T.C. and H.C., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 5:21-cv-00729-F |
| | ) | |
| 1. SAEXPLORATION SEISMIC SERVICES, LLC, and, 2. FRANCISCO JAVIER GARCIA | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING COMPROMISE SETTLEMENT

On this 13th day of July, 2022, this cause comes on for hearing by agreement pursuant to the parties' request for an Order Approving Compromise Settlement. Plaintiffs, Steve Cowherd and Alicia Cowherd, as parents and next friends of T.C. and H.C, minors, appear in person and by their attorney, Clint Claypole.  Defendants appear by their attorney, Ashley M. Thul.

Whereupon, the parties offered their evidence, and the Court being fully advised and upon due consideration, finds, in light of the injuries allegedly sustained by T.C. and H.C., minors, and in light of the disputed liability, that the settlement of the claims of T.C., a minor, in the amount of TWENTY-THREE THOUSAND TWO HUNDRED DOLLARS and 00/100 CENTS ($23,200.00), and that the settlement of the claims of H.C., a minor, in the amount of TWENTY-THREE THOUSAND TWO HUNDRED DOLLARS and 00/100 CENTS ($23,200.00), are hereby approved. The Court hereby finds that said settlement is fair, reasonable, and in the best interests of T.C. and H.C., minors.

It is therefore ordered by the Court that the above settlement amounts be distributed as follows, pursuant to 12 O.S. § 83:

a.     Plaintiffs' attorney will receive SIXTEEN THOUSAND FOUR HUNDRED DOLLARS and 00/100 CENTS ($16,400.00) for full payment of outstanding attorneys' fees and for reimbursement of any necessary expenses incurred by counsel in the course of his representation of Plaintiffs.

b.     ONE HUNDRED NINETEEN DOLLARS and 55/100 CENTS ($119.55) will be paid to BlueCross BlueShield of Tennessee for reimbursement of medical expenses on behalf of T.C.

c.     ONE HUNDRED NINETEEN DOLLARS and 98/100 CENTS ($119.98) will be paid to BlueCross BlueShield of Tennessee for reimbursement of medical expenses on behalf of H.C.

b.     FIFTEEN THOUSAND DOLLARS and 00/100 CENTS ($15,000), will be paid to T.C., a minor, to be held in trust at Tinker Federal Credit Union until after his eighteenth (18th) birthday in accordance with the requirements of 12 O.S. § 83.

c.     FIFTEEN THOUSAND DOLLARS and 00/100 CENTS ($15,000), will be paid to H.C., a minor, to be held in trust at Tinker Federal Credit Union until after her eighteenth (18th) birthday in accordance with the requirements of 12 O.S. § 83.

Wherefore, it is ordered, adjudged and decreed that the proceeds received by the Plaintiffs, Steve Cowherd and Alicia Cowherd, as parents and next friends of T.C. and H.C,

minors, be so distributed.   Further, this Court authorizes Steve Cowherd and Alicia

Cowherd to execute a Release in Full of All Claims asserted on behalf of T.C. and H.C.,

minors.

IT IS SO ORDERED this 13th day of July, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/Clint A. Claypole
Clint A. Claypole, OBA #30045
Long Claypole & Blakley Law, PLC
P.O. Box 3623
Enid, OK  73702
Telephone: 580/233-5225
Facsimile: 580/233-3522
       Attorney for Plaintiffs

-and-

s/Ashley M. Thul
Ashley M. Thul-OBA# 31245
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
ashleythul@oklahomacounsel.com
       Attorney for Defendants
       SAExploration Seismic Services, LLC
       and Francisco Javier Garcia

21-0729p008.PO.docx