IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. STEVE COWHERD and ALICIA COWHERD, Individually and as next friends of T.C. and H.C., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No. 5:21-cv-00729-F |
| 1. SAEXPLORATION SEISMIC SERVICES, LLC, and, 2. FRANCISCO JAVIER GARCIA | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, by and through their undersigned counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)), stipulate that the above captioned matter be and it is voluntarily dismissed, with prejudice, with each party to bear its own costs and attorney fees.

Dated this 4th day of August, 2022.

APPROVED:

/s/Clint A. Claypole
Clint A. Claypole, OBA #30045
*(Signed by Filing Attorney with
 permission of Attorney)*
Long Claypole & Blakley Law, PLC
P.O. Box 3623
Enid, OK  73702
Telephone: 580/233-5225
Facsimile: 580/233-3522
    Attorney for Plaintiffs

-and-

/s/Ashley M. Thul
Ashley M. Thul-OBA# 31245
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
ashleythul@oklahomacounsel.com
    Attorney for Defendants
    SAExploration Seismic Services, LLC
    and Francisco Javier Garcia